UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MEL MARIN,

       Plaintiff,

   v.

TRUSTEES OF THE SANTA BARBARA CITY COLLEGE DISTRICT, et al.,

       Defendants.

Case No. 2:25-cv-11035-JWH-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1.    The findings and conclusions of the Magistrate Judge in the Report and Recommendation are **ACCEPTED**.

2.    Judgment shall be entered **DISMISSING** this action **without prejudice** for failure to prosecute and comply with court orders.

**IT IS SO ORDERED.**

Dated: March 16, 2026

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

2