JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MEL MARIN,

       Plaintiff,

    v.

TRUSTEES OF THE SANTA BARBARA CITY COLLEGE DISTRICT, et al.,

       Defendants.

Case No. 2:25-cv-11035-JWH-SSC

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice** for failure to prosecute and comply with court orders.

**IT IS SO ORDERED.**

Dated: March 16, 2026

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

2